IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TROPICANA APARTMENTS LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-660-PRW |
| ) | |
| AXIS SURPLUS INSURANCE COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ADMINISTRATIVE CLOSING ORDER

On the representation from counsel for the parties that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within <u>60 days</u> of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED** this 4th day of April 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE